ICN PHARMACEUTICALS, INC. (now known as Valeant Pharmaceuticals International) and Ribapharm, Inc., Plaintiffs–Appellants,

v.

THREE RIVERS PHARMA-
CEUTICALS, LLC, De-
fendant–Appellee,

and

Teva Pharmaceuticals USA, Inc.,
Defendant–Appellee,

and

Geneva Pharmaceuticals Technology Corporation and Geneva Pharmaceuticals, Inc. (collectively now known as Sandoz Inc.) Defendants–Appellees.

Nos. 03–1632, 03–1640, 04–1047.

United States Court of Appeals,
Federal Circuit.

June 3, 2004.

Jeffrey J. Oelke, Principal Attorney, Dimitrios T. Drivas, Christopher J. Glancy, of Counsel, White & Case, Thomas L. Creel, Principal Attorney, Goodwin Procter, New York, NY, Matthew P. Lewis, of Counsel, White & Case, Los Angeles, CA, Steven A. Maddox, Principal Attorney, Gray, Cary, Washington, DC, for Defendants–Appellees.

Constance S. Huttner, Principal Attorney, Skadden, Arps, New York, NY, Edward V. Filardi, Douglas R. Nemec, Todd J. Tiberi, Mark D. Baker, of Counsel, Skadden, Arps, New York, NY, Robert D. Fish, S. Daniel Harbottle, of Counsel, Ru-

tan & Tucker, Costa Mesa, CA, for Plaintiffs–Appellants.

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).